396 A.2d 828

Commonwealth v. William Sharp, Appellant.

 Argued October 23, 1978. Dennis V. Williams, for appellant; Frank J. Scutella, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.